IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2018 OCT -4 PM 1:52
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Lindsey Williams-Diggins
Plaintiff

-vs-

Republic Services
Defendant(s)

CASE NO. 3:18 CV 2313

JUDGE JUDGE HELMICK

MAG. JUDGE JAMES R. KNEPP II

COMPLAINT

Republic Services has violated the Telephone Consumer Protection Act several times by calling my Phone several times. Even after having my number put on the Do Not Call list, they continued to call. I have been on the Do Not Call list since 06/12/18. Republic Services has admitted to my number been on their call thorough the form of letter. Republic Services has called my Phone twice since I've been on the Registry, I have two documented complaints from the FTC stating this fact I have had this number since 02/12/17, since that time I have received over 20 Robocalls to this number. The call speaks about Garbage Pickup being delayed being delayed because of a Holiday or some other unforseen incedent at Republic Services.