IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2019 MAR 13 AM 9:25
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Lindsey Williams-Diggins,
Plaintiff

Case No. 3:18-cv-02313
PRESIDING JUDGE: Judge HELMICK
MAGISTRATE: JUDGE KNEPP

v.

Republic Services,
Defendant

## MOTION TO PROCEED WITH CASE

I ask the Court to allow this Case to Proceed and deny the Defense's Motion to Dismiss. The Defense is stating several reasons for why this Case should be Dismissed. The defense states that I never filed a Claim, that's inaccurate, I attempted to file a Claim with Republic Services on three separate occasions. I received a letter from Republic Services stating that I was on a Call List and from the Date of said letter, that my number would be removed from this List. The Lady who wrote and signed the letter stated in this letter that if I had any concerns, to reach out to her. I phoned this Lady, Lindsey Hunter on three separate occasions with no response. For the record, I attempted to contact Republic Services by two other means, in an attempt to stop these calls, they never responded. I contacted the Corporate Headquarters in Phoenix, Arizona by letter and didn't receive a response. I contacted the Customer Service Line and stated the dilemma, I never received any type of response.

The Defense also states that Republic Services placed informational calls to my number and they weren't Telemarketing Calls. I respectfully state to the Court that these calls were RoboCalls and also that I have no prior business relationship with Republic Services. Republic Services placed RoboCalls to my number without me having a prior relationship with them, which is a violation of The Telephone Consumer Protection Act. Republic Services placed over 20 RoboCalls to my number.

For the above mentioned reasons stated in this Motion, I ask the Court to allow this Case to Proceed and deny the Defense's Motion to Dismiss.

Respectfully Submitted,

Lindsey Williams-Diggins
5841 Dorr Street Apt 2
Toledo, Ohio 43615
03/12/2019
419-277-5086