IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lindsey Williams-Diggins, | Case No. 3:18 CV 2313 |
| Plaintiff, | JUDGMENT ENTRY |
| -vs- | JUDGE JACK ZOUHARY |
| Republic Services, | |
| Defendant. | |

As stated in the accompanying Order, this action is dismissed under Federal Civil Rule 12(b)(6) for failure to state a claim upon which relief can be granted. This Court certifies that an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

April 25, 2019